# Exhibit 1

**District 1**

# Case Summary

**Case No. 2026L008091**

| | | | |
|---|---|---|---|
| **Najae Williams -vs- MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.,CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA GROUP CO. LTD.,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,MIDEA AMERICA CORPORATION,CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.,GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.** | § | Location: | **District 1** |
| | § | Judicial Officer: | **Calendar, D** |
| | § | Filed on: | **07/09/2026** |
| | § | Cook County Attorney Number: | **56079** |

## Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **07/09/2026 Pending** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026L008091 |
| Court | District 1 |
| Date Assigned | 07/09/2026 |
| Judicial Officer | Calendar, D |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Williams, Najae** | **Cesarone, Frank Vincent** ***Retained*** 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.** | |
| | **CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **MIDEA GROUP CO. LTD.** | |

## Case Summary

**Case No. 2026L008091**
**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

### Events and Orders of the Court

09/08/2026 **First Time Case Management** (10:00 AM) (Judicial Officer: Chrones, Jeffery G)
Resource: Location L2207 Court Room 2207
Resource: Location D1 Richard J Daley Center

08/14/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/14/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/13/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/13/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/12/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/12/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/11/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/11/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/10/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/10/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/07/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/07/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

**District 1**

## Case Summary

**Case No. 2026L008091**

08/07/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/07/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/06/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/06/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/05/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

08/05/2026
Electronic Notice Sent
Party: Plaintiff Williams, Najae
Party 2: Attorney Cesarone, Frank Vincent

07/09/2026 New Case Filing

07/09/2026
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Plaintiff's Complaint at Law & Jury Demand*

07/09/2026
Exhibits Filed
*Civil Action Cover Sheet*

07/09/2026
Summons Issued And Returnable
*Summons to Corelle Brands Acquisition Holdings*

07/09/2026
Summons Issued And Returnable
*Summons to Midea America Corporation*